## (September 23, 1940.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SYLVIA WEINER, Appellant, v. RUTH E. COLLINS, Superintendent of the Women's House of Detention, Borough of Manhattan, County of New York, or Any Other Person Having the Custody of SYLVIA WEINER, Respondent.— On argument, order dismissing writ of habeas corpus affirmed, without costs. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur. [See, also, *ante*, p. 802.]

## (September 25, 1940.)

REBECCA SPILKE, Respondent, v. HENRY C. KRUPP and " ISAAC TUCHMAN," etc., Appellants.— On argument, order granting injunction *pendente lite*, directing removal of a wall reversed on the law and the facts, without costs, and case directed to be placed on the Special Term Calendar for Trials, Kings County, on September 30, 1940. The situation requires a trial before a direction is made as to the subject-matter. We do not pass upon any question of fact or law or the merits thereof. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur. [See *post*, p. 807.]